JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LA FLEUR,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF ORANGE and<br>　Does 1-10,<br><br>　　　　Defendants. | Case: 8:14 CV-0188 -AG-RNB<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 17, 2014

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　Case: 8:14 CV-0188 -AG-RNB